UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE L. JOHNSON,

     Plaintiff,

                                      Case No. 1:23-cv-1086

v.

                                      Hon. Hala Y. Jarbou

EQUIFAX INFORMATION SERVICES,
LLC,

     Defendant.

_____/

## ORDER OF DISMISSAL

The Court having reviewed the parties' stipulation for dismissal (ECF No. 9),

**IT IS ORDERED** that the parties' stipulation for dismissal (ECF No. 9) is **GRANTED**;

this action is **DISMISSED** with prejudice and each party to bear its own costs and attorney fees.

Dated: March 12, 2024                /s/ Hala Y. Jarbou
                                    HALA Y. JARBOU
                                    CHIEF UNITED STATES DISTRICT JUDGE